# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CYNTHIA JONES,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:09-cv-2149-Orl-28DAB**

**WINTER PARK ELDERLY SERVICES, LLC,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice Plaintiff's Complaint (Doc. No. 13) filed March 10, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed March 12, 2010 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Joint Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice Plaintiff's Complaint is **GRANTED**.

3. The settlement is approved as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge